IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 1:09cr6-SPM/AK

GREGORY A. DAY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

PURSUANT TO the United States Magistrate Judge's Report and Recommendation (doc. 27), to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **GREGORY A. DAY**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this <u>eighth</u> day of May, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge