IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:09-cr-6-SPM-GRJ

GREGORY A. DAY,

    Defendant.
_____/

## O R D E R

This case is before the Court on the Defendant's Motion To Amend. (Doc. 76.) Defendant, a federal prisoner, filed a motion to vacate under 28 U.S.C. § 2255 on August 6, 2010 (Doc. 62) to which the government has responded. (Docs. 65 and 66.) Defendant's motion to vacate is currently under advisement. In his motion to amend, Petitioner seeks to amend his § 2255 motion to reflect it was filed in the "Admiralty Side" of this Court. Defendant's § 2255 motion does not raise any admiralty or maritime claims and therefore there is no basis for Defendant's motion to amend.

Accordingly, upon due consideration it is **ORDERED:**

That Defendant's Motion To Amend (Doc. 76) is **DENIED**.

**DONE AND ORDERED** this 29th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge