IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:09-cr-6-SPM-GRJ

GREGORY A. DAY,

    Defendant.

_____/

### O R D E R

Defendant, a federal prisoner, filed a motion to vacate under 28 U.S.C. § 2255 on August 6, 2010 that is currently pending in this Court.  (Doc. 62.)  The Government has responded to Defendant's § 2255 motion. (Docs. 65 & 66.)

Defendant includes four grounds in his Petition.  He contends his trial counsel was ineffective for (i) staying silent when Defendant was misinformed in the plea agreement and at Defendant's change of plea hearing regarding the maximum penalty for the charge to which Defendant pled guilty, (ii) failing to request permission to withdraw Defendant's guilty plea, and (iii) failing to request the Government to prove that the Court had territorial jurisdiction over the charged offense.  Defendant also contends his appellate counsel was ineffective for abandoning on appeal the issue of whether the Defendant's judgment and conviction should be vacated because Defendant was misinformed as to the correct maximum penalties at the change of plea hearing.

Pursuant to Rule 5(c) of the Rules Governing Section 2255 Proceedings: "If the

answer refers to briefs or transcripts of the prior proceedings that are not available in the court's records, the judge must order the government to furnish them within a reasonable time that will not unduly delay the proceedings." With respect to Defendant's claim that his appellate counsel was ineffective the Court will be required to review the briefs submitted by the parties to the Eleventh Circuit on Defendant's direct appeal. The briefs are not currently a part of the record in this case.

Accordingly, it is **ORDERED:**

The Government shall file copies of appellant's brief, appellee's brief and appellant's reply brief filed with the Eleventh Circuit Court of Appeals on Defendant's direct appeal. These supplemental materials shall be filed on or before **March 9, 2012.**

**DONE AND ORDERED** this 1st day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:09-cr-6-SPM-GRJ*