IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                              CASE NO.: 1:09-CR-6-SPM/GRJ

GREGORY A. DAY,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 89). Defendant filed objections (doc. 91).

Pursuant to Title 28, United States Code, Section 636(b)(1) and despite defendant's objections, I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

**ORDERED and ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (doc. 89) is **adopted** and incorporated by reference into this order.

2. Defendant's §2255 Motion to Vacate or Set Aside or Correct Sentence (doc. 62) is **denied**.

3. The Clerk is directed to terminate all pending motions.

4. A certificate of appealability is **denied**.

DONE AND ORDERED this 11th day of April, 2012.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge