IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:09cr6-SPM/GRJ

GREGORY A. DAY,

   Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 96) dated August 14, 2012. Defendant was furnished a copy, and has filed no objections. This is Defendant's third motion under 28 U.S.C. § 2255. Defendant is cautioned that he is barred from filing § 2255 motions without authorization from the Eleventh Circuit. Defendant is cautioned that further filing of frivolous motions may result in the imposition of sanctions.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 96) is

adopted and incorporated by reference in this order.

2. Defendant's motion to vacate under 28 U.S.C. § 2255 (doc. 95) is denied.

SO ORDERED this 13th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge