**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr6-SPM/GRJ

GREGORY A. DAY

_____/

**O R D E R**

This cause comes before the court upon the Defendant's Motion for Reconsideration. (Doc. 114). The Defendant requests that the court reconsider its order denying a certificate of appealability. (Doc. 109). Specifically, the Defendant cites *Clisby v. Jones* and argues that in *Clisby* the Eleventh Circuit instructed district courts to resolve all constitutional claims raised in a petition for habeas corpus pursuant to 28 U.S.C. § 2254 before granting or denying relief. *Clisby v. Jones*, 960 F.2d 925 (11th Cir. 1992). The Defendant's reliance on *Clibsy* is misplaced. In the instant case this court resolved all constitutional claims and denied the Defendant's original motion to vacate sentence pursuant to 28 U.S.C. § 2255. Since then, the Defendant has filed several frivolous motions to vacate his sentence. However, these later motions have been without authorization from the Eleventh Circuit. Accordingly, these motions have been denied because the Defendant has failed to follow the proper procedure. This has been explained to the Defendant time and time again.

This court denied the Defendant's fourth motion to vacate his sentence pursuant to 28 U.S.C. § 2255 because it was frivolous and filed without authorization from the Eleventh Circuit. This court was correct in invoking the plain procedural bar in this situation and thereafter denying the Defendant's certificate of appealability. Further, a reasonable jurist could not conclude either that this court erred in denying the certificate of appealability or that the petitioner should be allowed to proceed further.

Accordingly, it is hereby ORDERED AND ADJUDGED defendant's motion (doc. 114) is DENIED, and no certificate shall issue.

**SO ORDERED** this 7th day of January, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

CASE NO.: 1:09cr6-SPM/GRJ