# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr6-SPM/GRJ

GREGORY A. DAY

_____/

## ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS

This cause is before the court upon defendant's Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* which will be construed as a motion for leave to appeal *in forma pauperis*. (Doc. 117). Defendant is appealing this court's order denying defendant's motion to vacate his sentence under 28 U.S.C. § 2255.[1] Defendant requests to proceed with his appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a). This court certifies that this appeal is NOT taken in good faith and defendant is NOT entitled to proceed on appeal *in forma pauperis*.

Accordingly, defendant's Affidavit Accompanying Motion for Permission to Appeal in motion *In Forma Pauperis* which is construed as a motion for leave to appeal *in forma pauperis* (doc. 117) is DENIED. Defendant is directed to pay the full appellate filing fee of $455.00 within thirty days from the date of this Order.

**SO ORDERED** this 15th day of January, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The reasons for this court's decision are outlined in the magistrate Judge's Report and Recommendation dated September 25, 2012 (doc. 100) and this court's Order dated October 25, 2012 (doc. 101) which adopted and incorporated the recommendation.