IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS. 1:09cr6-MW/GRJ  &
 1:14cv127 MW/GRJ

GREGORY DAY,

  Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 133, filed July 14, 2014.  Upon consideration, no objections having been filed by Defendant, Gregory Day,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, ECF No. 132, is **summarily dismissed** inasmuch as this Court lacks jurisdiction to consider a successive motion absent authorization

1

from the Eleventh Circuit.  A certificate of appealability is **denied**."  The Clerk shall close the file.

    **SO ORDERED on August 11, 2014.**

                                                <u>**s/Mark E. Walker**</u>
                                                **United States District Judge**